UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID GEORGE DALE,**

**Plaintiff,**

v.

Case No: 6:20-cv-1507-GKS-MRM

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

# ORDER

THIS CAUSE comes before the Court upon Plaintiff, David George Dale's appeal from a final decision of the Commissioner of the Social Security Administration (the Commissioner) denying his application for disability insurance benefits (DIB) and supplemental social security income (SSI) after proceedings before an Administrative Law Judge (ALJ).[1] The parties filed a Joint Memorandum in Support of their differing positions (Doc. 28).

On November 23, 2021, the United States Magistrate Judge issued a Report and Recommendation (Report and Recommendation) recommending that the ALJ's decision be affirmed (Doc. 29). Plaintiff has not filed any objections to the Report

---

[1] Complaint, Doc. 1. The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 15.)

and Recommendation. The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's claims. After *de novo* review of the unobjected to Report and Recommendation (Doc. 29), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Mac R. McCoy's Report and Recommendation (Doc. 29) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly, to terminate any pending motions and deadlines and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 5 day of January, 2022.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties